

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN MORENO LOPEZ,<br><br>Defendant. | Case No. 1:18-mj-00026-BAM<br><br>**ORDER EXONERATING BOND Re DEFENANT'S PASSPORT**<br>**(Doc. 6)** |

On February 8, 2018, a USA Passport No. 541091252 for Ruben Moreno Lopez was received by the Clerk of the Court (Doc. 6). The Court hereby Orders the passport returned.

IT IS SO ORDERED.

DATED: 2/13/18

BARBARA A. McAULIFFE
U.S. Magistrate Judge

1